1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE  (CABN 216799)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 10-00292 CW
14                                     )
         Plaintiff,                    )
15                                     )   [~~PROPOSED~~] ORDER TO EXCLUDE
      v.                               )   TIME UNDER THE SPEEDY TRIAL ACT
16                                     )   FROM APRIL 20, 2010 TO MAY 27, 2010
   RAMON JAVELLE POWELL,               )
17       a/k/a "Moen,"                 )   Date:   May 27, 2010
         a/k/a "Michael Jackson,"      )   Time:   9:30 a.m.
18                                     )   Court:  Hon. Laurel Beeler
         Defendant.                    )
19                                     )
   _____ )
20

21       The defendant, Ramon Javelle Powell, represented by Assistant Federal Public

22 Defender Angela Hansen, and the government, represented by Wade M. Rhyne, Assistant United

23 States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on April 20 and

24 April 23, 2010 for an initial appearance and arraignment, respectively, in the above-entitled

25 matter.  The parties represented that counsel for the defendant had requested discovery and that

26 the United States had made an initial production of discovery.  The parties agreed that counsel

27 //

28 //

[~~PROPOSED~~] ORDER
No. CR-10-00292 CW

1 for the defendant would need additional time to review discovery and to confer with the
2 defendant.
3     On that basis, the parties requested that the matter be continued to May 27, 2010 before
4 United States Magistrate Judge Laurel Beeler.  The parties jointly requested that time be
5 excluded under the Speedy Trial Act between April 20, 2010 and May 27, 2010.
6     Based upon the representation of counsel and for good cause shown, the Court finds that
7 failing to exclude the time between April 20, 2010 and May 27, 2010 would unreasonably deny
8 the defendant continuity of counsel and would deny counsel the reasonable time necessary for
9 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
10 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
11 between April 20, 2010 and May 27, 2010 from computation under the Speedy Trial Act
12 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
13 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between April 20, 2010 and
14 May 27, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
15 3161(h)(7)(A) and (B)(iv).

17 DATED: __4/26/2010_____

    GRANTED
    Judge Donna M. Ryu

_____
HON. DONNA M. RYU
United States Magistrate Judge

[PROPOSED] ORDER
No. CR-10-00292 CW                                    -2-