1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE  (CABN 216799)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724)
7      E-Mail: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR 10-00292 CW
14                                     )
            Plaintiff,                 )
15                                     )    ORDER TO EXCLUDE TIME UNDER
       v.                              )    THE SPEEDY TRIAL ACT FROM
16                                     )    AUGUST 25, 2010 TO SEPTEMBER 23,
   RAMON JAVELLE POWELL,               )    2010
17         a/k/a "Moen,"               )
           a/k/a "Michael Jackson,"    )    Date:    August 25, 2010
18                                     )    Time:    10:00 a.m.
            Defendant.                 )    Court:   Hon. Donna M. Ryu
19                                     )
   _____)
20

21        The defendant, Ramon Javelle Powell, represented by Assistant Federal Public

22  Defender Angela Hansen, and the government, represented by Skye L. Davis, Special Assistant

23  United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on

24  August 25, 2010 for a pre-trial release violation hearing and status hearing in the above-entitled

25  matter.  Counsel for the defendant stated, and the government agreed, that she needed additional

26  time to review discovery and to investigate the case.  On that basis, the parties requested that the

27  matter be continued to September 23, 2010 before United States Magistrate Judge Laurel Beeler.

28  The parties jointly requested that time be excluded under the Speedy Trial Act between August

ORDER
No. CR-10-00292 CW

25, 2010 and September 23, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 25, 2010 and September 23, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between August 25, 2010 and September 23, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between August 25, 2010 and September 23, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:   8/27/2010  

HON. DONNA M. RYU
United States Magistrate Judge