1    BARRY J. PORTMAN
     Federal Public Defender
2    ANGELA M. HANSEN
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, CA 94607-3627
4    Telephone:  (510) 637-3500

5    Counsel for Defendant POWELL

6

7                     UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10   UNITED STATES OF AMERICA,        )       No.     CR-10-00292-CW
                                      )
11              Plaintiff,            )
                                      )       STIPULATED REQUEST TO CONTINUE
12      v.                            )       HEARING DATE TO OCTOBER 14, 2010
                                      )       AND TO EXCLUDE TIME UNDER THE
13   RAMON POWELL,                    )       SPEEDY TRIAL ACT AND [PROPOSED]
                                      )       ORDER
14              Defendant.            )
                                      )
15   _____)       Hearing Date: September 23, 2010
                                      )       Time:         10:00 a.m.
16

17          The above-captioned matter is set on September 23, 2010 before this Court for a status

18   hearing.  The parties jointly request that the Court continue the matter to October 14, 2010 at

19   9:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20   3161(h)(7)(A) and (B)(iv), between September 23, 2010 and October 14, 2010.

21          On April 15, 2010, the Grand Jury charged Mr. Powell with possession with the intent to

22   distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1).  If convicted, Mr. Powell

23   faces a statutory maximum of 40 years and a mandatory minimum sentence of five years.

24          The current status of the case is that the parties are negotiating this matter and anticipate

25   that there will be a negotiated disposition of the case.  If there is a negotiated disposition, the

26   parties plan to submit a proposed plea agreement to the Court at least two days in advance of the

requested hearing date.  In the meantime, the government has produced discovery to the defense and defense counsel needs additional time to review and process the discovery provided.  For example, the government has recently made available several videotapes that the defense believes are related to this case and that the defense needs time to review.  The defense also requires additional time to complete its investigation of the circumstances of the offense and to assess and confirm Mr. Powell's Guidelines range.

The requested continuance will allow the defense to complete its review of the discovery, to investigate the underlying facts of the case, and to research and to confirm Mr. Powell's Guidelines range.  For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the parties agree that the period of time from September 23, 2010 to October 14, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.


DATED: September 21, 2010                    _____/S/_____
                                             WADE RHYNE
                                             Assistant United States Attorney


DATED: September 21, 2010                    _____/S/_____
                                             ANGELA M. HANSEN
                                             Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given defense counsel's need to complete its review the discovery including recently disclosed videotapes that the defense believes are related to this case;

2.      Given that the defense needs additional time to continue to investigate the underlying facts of the case and to research defendant's sentencing Guidelines range;

3.      Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of September 23, 2010, scheduled at 10:00 a.m., is vacated and reset for October 14, 2010, at 9:30 a.m., before the sitting United States Magistrate Judge.  It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from September 23, 2010 to October 14, 2010.

September 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge