IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RAMON POWELL,

    Defendant.
    /

No. CR 10-0292 CW

ORDER AFFIRMING MAGISTRATE JUDGE'S RELEASE ORDERS

    The government appeals Magistrate Judge Ryu's April 23, 2010 release order and June 21, 2010 addendum to release order. Defendant has filed an opposition. The Court has reviewed all of the papers filed by the parties and Magistrate Judge Ryu's orders. For the reasons stated in the Magistrate Judge's orders, the Court affirms the Magistrate Judge's orders.

    IT IS SO ORDERED.

Dated: October 1, 2010

CLAUDIA WILKEN
United States District Judge