1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant POWELL

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10  UNITED STATES OF AMERICA,        )    No.    CR-10-00292-CW
                                     )
11              Plaintiff,           )
                                     )    STIPULATED REQUEST TO CONTINUE
12  v.                               )    HEARING DATE TO NOVEMBER 18,
                                     )    2010 AND TO EXCLUDE TIME UNDER
13                                   )    THE SPEEDY TRIAL ACT AND ORDER
    RAMON POWELL,                    )
14                                   )
                Defendant.           )    Hearing Date: October 14, 2010
15                                   )    Time:          9:30 a.m.
    _____)

16

17         The above-captioned matter is set on October 14, 2010 before this Court for a status

18  hearing.  The parties jointly request that the Court continue the matter to November 18, 2010 at

19  9:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20  3161(h)(7)(A) and (B)(iv), between October 14, 2010 and November 18, 2010.

21         On April 15, 2010, the Grand Jury charged Mr. Powell with possession with the intent to

22  distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1).  If convicted, Mr. Powell

23  faces a statutory maximum of 40 years and a mandatory minimum sentence of five years.

24         The current status of the case is that the parties are negotiating this matter and anticipate

25  that there will be a negotiated disposition of the case.  If there is a negotiated disposition, the

26  parties plan to submit a proposed plea agreement to the Court at least two days in advance of the

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00292-CW

1  requested hearing date.  In the meantime, the government has produced discovery to the defense

2  and defense counsel needs additional time to review and process the discovery provided.  For

3  example, the government has recently made available several videotapes that the defense

4  believes are related to this case and that the defense needs time to review.  The defense also

5  requires additional time to complete its investigation of the circumstances of the offense and to

6  assess and confirm Mr. Powell's Guidelines range.

7       The requested continuance will allow the defense to complete its review of the discovery,

8  to investigate the underlying facts of the case, and to research and to confirm Mr. Powell's

9  Guidelines range.  For this reason, the parties agree that the failure to grant this continuance

10  would unreasonably deny counsel for defendant the reasonable time necessary for effective

11  preparation, taking into account the exercise of due diligence.

12       The parties further stipulate and agree that the ends of justice served by this continuance

13  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

14  parties agree that the period of time from October 14, 2010 to November 18, 2010, should be

15  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

16  and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due

17  diligence.

18

19  DATED: October 12, 2010         _____/S/_____

20                         WADE RHYNE
                       Assistant United States Attorney

21

22  DATED: October 12, 2010         _____/S/_____

23                         ANGELA M. HANSEN
                       Assistant Federal Public Defender

24

25

26

1

**ORDER**

2

Based on the reasons provided in the stipulation of the parties above, the Court hereby

3

FINDS:

4

    1.      Given defense counsel's need to complete its review the discovery including

5

recently disclosed videotapes that the defense believes are related to this case;

6

    2.      Given that the defense needs additional time to continue to investigate the

7

underlying facts of the case and to research defendant's sentencing Guidelines range;

8

    3.      Given that these above-listed tasks are necessary to the defense preparation of the

9

case and that the failure to grant the requested continuance would unreasonably deny counsel for

10

defendant the reasonable time necessary for effective preparation, taking into account the

11

exercise of due diligence;

12

    4.      Given that the ends of justice served by this continuance outweigh the best

13

interest of the public and the defendant in a speedy trial;

14

Based on these findings, it is ordered that the status hearing date of October 14, 2010,

15

scheduled at 9:30 a.m., is vacated and reset for November 18, 2010, at 9:30 a.m., before the

16

sitting United States Magistrate Judge.  It is further ordered that time is excluded pursuant to the

17

Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from October 14, 2010 to November

18

18, 2010.

19

October _13_, 2010

                                      

20

                              DONNA M. RYU
                              United States Magistrate Judge

21

22

23

24

25

26