1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant POWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR-10-00292-CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO JANUARY 26, 2011 |
| | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND ORDER |
| RAMON POWELL, | ) | |
| | ) | |
| Defendant. | ) | Hearing Date: December 16, 2010 |
| | ) | Time:              9:30 a.m. |

The above-captioned matter is set on December 16, 2010 before this Court for a status hearing. The parties jointly request that the Court continue the matter to January 26, 2011 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between December 16, 2010 and January 26, 2011. At the next appearance, the parties plan to set this matter over for a change of plea or a trial.

On April 15, 2010, the Grand Jury charged Mr. Powell with possession with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). If convicted, Mr. Powell faces a statutory maximum of 40 years and a mandatory minimum sentence of five years.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has

produced discovery to the defense and defense counsel needs additional time to review and process the discovery provided.  For example, the government has made available several videotapes that the defense believes are related to this case and that the defense needs additional time to review.  The defense also requires additional time to complete its investigation of the circumstances of the offense and to assess and confirm Mr. Powell's Guidelines range.

The requested continuance will allow the defense to complete its review of the discovery, to investigate the underlying facts of the case, and to research and to confirm Mr. Powell's Guidelines range.  For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the parties agree that the period of time from December 16, 2010 to January 26, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: December 9, 2010                          /S/
                                            WADE RHYNE
                                            Assistant United States Attorney

DATED: December 9, 2010                          /S/
                                            ANGELA M. HANSEN
                                            Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00292-CW                   2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review the discovery including videotapes that the defense believes are related to this case;

2. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to research defendant's sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that at the next appearance the parties plan to set this matter over for a change of plea or a trial.

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of December 16, 2010, scheduled at 10:00 a.m., is vacated and reset for January 26, 2011, at 10:00 a.m., before the sitting United States Magistrate Judge.  It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from December 16, 2010 to January 26, 2011.

December 10, 2010

DONNA M. RYU
United States Magistrate Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00292-CW               3